UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN FINK, ) | |
| Movant, ) | |
| v. ) | No. 4:12CV930 RWS |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before me on movant's motion for a hearing or a ruling on his § 2255 motion. Previously, I stayed the case because movant had a pending appeal. Movant states that he has moved to dismiss his appeal, and therefore, this action is ripe for review. A review of the appellate case file, however, shows that movant's wife filed a motion to dismiss the appeal and that the Eighth Circuit Court of Appeals has not yet entered judgment in the case.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for a hearing or a ruling on his § 2255 motion [Doc. 7] is **DENIED**.

Dated this 19th day of June, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE